# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America  §
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: DR:22-M -02418(1)
§
(1) Abdul Wasi Safi §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 30, 2022** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, intentionally and knowingly failed to enter the United States at a designated border crossing point and did not report said arrival and present himself and all articles in his possession for inspection, to wit: a misdemeanor

in violation of Title **19** United States Code, Section(s) **1459(a)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On September 30, 2022, the defendant, Abdul Wasi SAFI, a citizen of Afghanistan, was arrested in Maverick County, Texas, within the Western District of Texas, for failure to report. SAFI was apprehended by United States Border Patrol Agents shortly after illegally wading across the Rio Grande River near Eagle Pass, Texas. SAFI had no documents that would allow him to be or remain in the United States legally. Furthermore, SAFI did not

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ Pena, Luis A
Signature of Complainant
Pena, Luis A
Border Patrol Agent

10/11/2022                                                                  at    DEL RIO, Texas
File Date                                                                         City and State

COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE                      Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -02418(1)

(1) Abdul Wasi Safi

**Continuation of Statement of Facts:**

present himself for inspection at a designated border crossing point or port of entry."

_[signature]_                                                     /s/ Pena, Luis A
Signature of Judicial Officer                            Signature of Complainant