AO 187 (Rev. 7/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

United States of America

vs.

(1) Abdul Wasi Safi
*Defendant*

**EXHIBIT AND WITNESS LIST**

Case Number: DR:22-M-02418(1) CW

*FILED OCT 14 2022 CLERK, U S DISTRICT COURT WESTERN DISTRICT OF TEXAS BY ____ DEPUTY CLERK*

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| COLLIS WHITE | AUSA M KASS | [RET] J DE LA MOTA |
| Trial/Hearing Date | Court Reporter | Courtroom Deputy |
| 10/14/22 | FTR GOLD- MG CIENEGA | Mary G. Cienega |

| Plf No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* and Witnesses |
|---|---|---|---|---|---|
|  | 1 | 10/14/22 | 1 | YES | NOTICE OF ACTION |
|  | 1 | 10/14/22 | 2 | YES | PETITION |
|  | 1 | 10/14/22 | 3 | YES | EMPLOYMENT VERIFICATION |
|  | 1 | 10/14/22 | 4 | YES | LETTER OF RECOMMENDATION |
|  | 1 | 10/14/22 | 5 | YES | CERTIFICATE |
|  | 1 | 10/14/22 | 6 | YES | COPY OF VISA |
|  | 1 | 10/14/22 | 7 | YES | EDUCATION RECORDS |
|  | 1 | 10/14/22 | 8 | YES | MILITARY PICTURE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.